MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884

Attorneys for Defendant,
JOHN H. PAPPENFUS, M.D.

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GILLIAM,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | CASE NO. CIV S-07-1987 GEB KJM<br><br>**STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1) & (2)]** |

Since it stipulated in a July 7, 2009 filing, that Defendant JOHN H. PAPPENFUS, M.D. is dismissed from this action with prejudice, this defendant is dismissed with prejudice.

Dated: July 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge