IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GILLIAM, )<br>                                     )<br>          Plaintiff, )<br>                                       )<br>     v. )<br>                                       )<br>LT. SUSAN FLORES and WARDEN KATHY )<br>MENDOZA POWERS, )<br>                                     )<br>         Defendants. )<br>_____) | 2:07-cv-01987-GEB-KJM<br><br><u>ORDER RE: SETTLEMENT<br>AND DISPOSITION</u> |

        On February 17, 2010, Defendant Kathy Mendoza-Powers filed a Notice of Settlement in which she states "the parties to the above entitled action have reached a monetary settlement." Further, Defendant Kathy Mendoza-Powers states that the parties expect to finalize the settlement within the next forty-five days and request "a deadline of April 9, 2010[] to file a dismissal of the action." Therefore, a dispositional document shall be filed no later than April 9, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be

//
//
//

1

grounds for sanctions.").

The trial scheduled for February 23, 2010 is vacated.

IT IS SO ORDERED.

Dated: February 18, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge